JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. OTERO and MARIA E. OTERO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., MACTEAM INVESTMENTS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV 09-4848 DSF (FMOx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

12/2/09

Dated: _____                    _____
                                            Dale S. Fischer
                                            United States District Judge